In the Matter of WILLIAM B. HERLANDS, as Commissioner of the Department of Investigation of the City of New York, et al., Appellants, against ABNER C. SURPLESS et al., Constituting a Special Committee of the Council of the City of New York Investigating the Administration of Relief Funds, Respondents.

Argued January 9, 1940; decided March 5, 1940.

*William C. Chanler*, Corporation Counsel (*Oren Clive Herwitz* and *Paxton Blair* of counsel), for appellants.

*Richard J. Barry* and *Harold W. Wolfram* for respondents.

Order denying application to cancel subpœna affirmed, without costs. No application was made to modify the subpœna in any aspect. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.